Christina J. O, #266845
Dane W. Exnowski, #281996
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: christinao@mclaw.org

Attorney for Movant

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| In re | Bankruptcy Case No. 6:12-bk-15424-SY |
|---|---|
| Reynaldo Reynoso Ruiz, | Chapter 13 |
| Debtor. | **MOTION FOR COURT CONSENT TO ENTER INTO LOAN MODIFICATION AGREEMENT** |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

Everhome Mortgage, and its successors and/or assignees ("Movant"), hereby moves this Court for approval to allow Reynaldo Reynoso Ruiz ("Debtor") to enter into and finalize a loan modification with Movant.  The Loan Modification Agreement, attached hereto as Exhibit "1," amends and supplements the Note, secured by a first Deed of Trust (collectively the "Loan"), which encumbers real property commonly known as 83-477 Ixtapa Avenue, Coachella, CA 92236 ("Property").  The Loan Modification Agreement provides for a lower interest rate and the capitalization of arrears into a modified principal balance.  The Loan Modification Agreement should be referenced for the controlling terms.

///

Movant respectfully requests the Court's approval to enter into the attached Loan Modification Agreement and modify the Loan accordingly.

**WHEREFORE**, Movant prays judgment as follows:

1. For an Order permitting Debtor to enter into and finalize the Loan Modification Agreement with Movant;

2. That Movant retains the right of final approval of the terms of Debtor's Loan Modification Agreement and Movant retains the right to reinstate its original terms in the event the Loan Modification Agreement is not finalized.

3. For such other relief as this Court deems just and proper.

4. That this Order does not constitute Court approval as to the terms of the Loan Modification Agreement.

DATED: July 9, 2015                     Respectfully Submitted,
                                        MALCOLM ♦ CISNEROS, A Law Corporation


                                        By:  /s/ Christina J. O
                                        Christina J. O
                                        Attorneys for Movant

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**MALCOLM & CISNEROS, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine CA 92612**

A true and correct copy of the foregoing document described as <u>MOTION FOR COURT CONSENT TO ENTER INTO LOAN MODIFICATION AGREEMENT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 9, 2015</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 13 TRUSTEE:**   Rod Danielson, notice-efile@rodan13.com
**DEBTOR'S ATTORNEY:**   John F Brady, johnbrady.cbg@zoho.com
**DEBTOR'S ATTORNEY:** Donahue, Matthew; enotice@pricelawgroup.com

☐   Service information continued on attached page

2.  **SERVED BY UNITIED STATES MAIL:**
On <u>July 9, 2015</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**HONORABLE BANKRUPTCY COURT JUDGE: Scott H. Yun, 3420 Twelfth Street , Riverside, CA 92501-3819**
**DEBTOR: Reynaldo Reynoso Ruiz 83477 Ixtapa Avenue, Coachella, CA 92236**

☐   Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| July 9, 2015 | Erica F. Pedraza | |
| **Date** | **Type Name** | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE