| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000  FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **Chapter: 13**<br><br>Case Number: **6:12-bk-15424-SY** |
| In re:  **REYNALDO REYNOSO RUIZ**<br><br><br><br>Debtor(s) | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO APPROVE LOAN MODIFICATION/REFINANCE OF REAL PROPERTY:

The undersigned Chapter 13 Trustee, having reviewed the Motion filed **7/10/2015** as docket entry number **60**, recommends:

☒ APPROVE ON THE FOLLOWING CONDITIONS:

The motion reflects that Debtor's monthly mortgage expense (payment, taxes, and insurance) will be reduced from **$1,632.00** (per Schedule J) to **$1,338.00**, resulting in a savings of **$294.00** per month. This savings "constitutes projected disposable income" which must be pledged to make payments under the plan [11 U.S.C. § 1325(a)(7), see also In re Lanning, 545 F. 3d 1269, (S.Ct 2010)]. Therefore, the Trustee recommends that: (a) the plan payments (and any future step payments) be increased by **$294.00** a month commencing with the payment due **August 01, 2015**, (b) the Plan base be increased to **$61,705.00**, and (c) the percentage be adjusted accordingly. Debtor and Debtor's counsel shall monitor the claims register and take all steps necessary to ensure that any claim for mortgage arrearages which is "paid off" by the refinance/loan modification is amended or withdrawn by the lender. The Trustee will continue to pay any claim for mortgage arrearages until the claim is amended or withdrawn.

TRUSTEE'S COMMENTS: PERCENTAGE INCREASES TO 20%

**Counsel for Movant to lodge order via LOU forthwith.**

Dated: July 13, 2015

_Rod Oal_
Rod Danielson, Chapter 13 Trustee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:128
June 2012

| In re: **REYNALDO REYNOSO RUIZ** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:12-bk-15424-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO APPROVE LOAN MODIFICATION/REFINANCE OF REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On _7-15-15_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
REYNALDO REYNOSO RUIZ
83477 IXTAPA AVENUE
COACHELLA, CA 92236

Attorney for Debtor
JOHN F BRADY & ASSOCIATES, APLC
1940 FIFTH AVE, STE 202
SAN DIEGO, CA 92101-2364

Christina J. O
Malcolm Cisneros
2112 Business Center Drive 2nd Flr
Irvine, CA 92612

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7-15-15 | Susan Jones | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:128
June 2012

**F 9013-3.1.PROOF.SERVICE**