| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **CHAMBERS PREPARED ORDER** <br><br><br><br><br><br> ☐ *Debtor appearing without attorney* <br> ☐ *Attorney for:* <br> ☐ *Chapter 13 trustee* | **FILED & ENTERED** <br><br> **DEC 01 2015** <br><br> **CLERK U.S. BANKRUPTCY COURT** <br> **Central District of California** <br> **BY jeanmari  DEPUTY CLERK** |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -*RIVERSIDE* DIVISION

| In re: <br><br> REYNALDO REYNOSO RUIZ <br><br><br><br><br><br><br><br><br> Debtor(s). | CASE NO.: 6:12-bk-15424-SY <br><br> CHAPTER: 13 |
|---|---|
| | **ORDER ON:** <br> ☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** <br> ☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY** <br> ☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY** <br> ☒ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION** <br> ☐ **OTHER:** |
| | ☒ No hearing held <br> ☐ Hearing held <br> DATE: <br> TIME: <br> COURTROOM: <br> PLACE: |

Based on Debtor's motion filed on (*date*) 7/10/15 as docket entry number 60 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐  Granted     ☒  Denied without prejudice for lack of prosecution

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 3015-1.14.ORDER.CH13.GENRL**

☐    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐    Granted on the following conditions:

☐    Set for hearing on (*date*) _____ at (*time*) _____.

### 

Date: December 1, 2015

Scott H. Yun
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.